**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**ROGER E. HEIDELBERG, #73258**                                                                  **PETITIONER**

**VERSUS**                                                          **CIVIL ACTION NO. 2:12-cv-112-KS-MTP**

**RON KING**                                                                                                      **RESPONDENT**

## ORDER

BEFORE the Court is Petitioner's *pro se* Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Petition [1] and attachments reflect that Petitioner was convicted of a sex crime involving a minor.  Certain attachments to his Petition, including a Mississippi Crime Laboratory certified report, contain the minor victim's full name and/or date of birth.  Even though this Court's goal is to promote electronic access to case files, this goal must be accomplished while still protecting personal privacy.  In the interest of protecting the personal privacy of a minor victim of a sex crime, the Court finds good cause to prohibit a nonparty's remote electronic access to the above mentioned attachments.  *See* Fed. R. Civ. P. 5.2(e)(2)(for "good cause, the court may by order in a case . . . prohibit a nonparty's remote electronic access to a document filed with the court.").  Accordingly,

IT IS, HEREBY ORDERED that the Clerk of Court is directed to file the separated and specified attachments to the Petition and to prohibit any nonparty's remote electronic access to these documents, until further order of the Court.

SO ORDERED, the 28th day of June, 2012.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE